## WILLIAM BAXTER VS. WILLIAM SEAMAN.

Affidavits must be entitled in the suit in which relief is sought.

*Motion by defendant for retaxation of costs.*— Seaman, the defendant in the above suit, commenced an action of ejectment in this court against William Baxter, the plaintiff in this cause. Judgment was obtained in the ejectment suit in favor of the defendant Baxter, against said Seaman, Baxter then brought the above suit on the judgment; and Seaman, on

affidavits entitled in the suit on the judgment, moves to retax the costs included in the judgment.

E. Sandford, *Defts Counsel.*        Western & Edwards, *Defts Attys.*

J. E. Burrill jr., *Plffs Counsel.*   H. G. Onderdonk, *Plffs Atty.*

*Per Curiam.*— The affidavits must be entitled in the cause in which relief is asked.

*Decision.*— Motion denied with costs, without prejudice.